# Court of Appeals
# of the State of Georgia

ATLANTA,　June 09, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1859. RICHARD BRYSON v. THE STATE**.

In 2012, a jury found Richard Bryson guilty of two counts of aggravated child molestation, child molestation, incest, statutory rape, and first degree cruelty to children, and his convictions were affirmed in an unpublished opinion. See Case No. A15A0371 (Apr. 23, 2015). In 2018, Bryson moved to vacate his sentences, arguing among other things that he should have been given split sentences under an amended version of OCGA § 17-10-6.2 (b). Although we upheld Bryson's sentences for most crimes, we found that Bryson should have been given a split sentence for the statutory rape charge. We thus vacated the sentence in part and remanded the case for resentencing. See *Bryson v. State*, 350 Ga. App. 206 (828 SE2d 450) (2019).

In 2024, Bryson again filed a motion to vacate a void sentence, arguing that he was entitled to split sentences under OCGA § 17-10-6.2. The trial court denied the motion on March 31, 2025, and Bryson filed a notice of appeal on May 12, 2025. We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Bryson's notice of appeal was filed 42 days after entry of the trial court's order, it is untimely.

Second, our prior decision regarding the legality of Bryson's sentences is the law of the case; Bryson is not entitled to relitigate this issue. See *Paradise v. State*, 321

Ga. App. 371, 373 (740 SE2d 238) (2013) (although a void sentence may be challenged at any time, such a challenge is nevertheless subject to the equally well-established principles of res judicata and the law-of-the-case rule); accord *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (a defendant is "not entitled to multiple bites at the apple").

For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/09/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*